UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

MAGISTRATE NO. 3:09MJ90

In re Matter of Seizure of All funds held in Fifth )
Third Bank Account Number XXXXXX7604, )
such account held in the name of Computer City )
Com Inc., with Omar Salem identified as signor. ) **ORDER CORRECTING CLERICAL**
) **ERROR IN SEIZURE WARRANT**
)
)

IT IS HEREBY ORDERED that, based upon the reasons set forth in the United States' Motion to Correct Clerical Error in Seizure Warrant, the seizure warrant in the above captioned case is amended to reflect the actual date of issuance of March 18, 2009.

This the 30th day of March, 2009

*Carl Horn, III*

United States Magistrate Judge